**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF NEW YORK**

| | |
|---|---|
| LIBERTAS FUNDING, LLC,<br><br>*Plaintiff,*<br><br>-against-<br><br>BLUE LINE AVIATION, LLC; GENAV MANAGEMENT AND MARKETING LTD; CHARLES RAY WALTERS III; and KELSEY LEE WALTERS,<br><br>*Defendants.* | Civil Action No.: 6:24-cv-06417 |

**STIPULATION OF DISMISSAL WITHOUT PREJUDICE**

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Plaintiff, LIBERTAS FUNDING, LLC ("Plaintiff") and Defendant GENAV MANAGEMENT AND MARKETING LTD ("Genav") hereby stipulate to the dismissal of this action *without* prejudice as against Genav only.

Stipulated and Agreed By:

**WELLS LAW P.C.**
*Attorneys for Plaintiff*

By: */s/Steven W. Wells*
Steven W. Wells
229 Warner Road
Lancaster, New York 14086
Tel.: (716) 983-4750
Email: steve@wellspc.com

**BROOKS PIERCE**
*Attorneys for Genav*

By: ____________
Jamey M. Lowdermilk
2000 Renaissance Plaza
230 North Elm Street
Greensboro, North Carolina 27401
Tel.: (336) 271-3167
Email: jlowdermilk@brookspierce.com