**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| LIBERTAS FUNDING, LLC,<br><br>Plaintiff,<br><br>v.<br><br>BLUE LINE AVIATION, LLC; GENAV MANAGEMENT AND MARKETING LTD; CHARLES RAY WALTERS III; and KELSEY LEE WALTERS,<br><br>Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Civil Action No. 6:24-CV-06417<br><br>**JOINT STIPULATION OF REMAND** |

**All parties** to this action, through counsel, hereby stipulate as follows below.

1. This action was removed to this Court on July 2, 2024. On September 9, 2024, Plaintiff filed a motion to remand.

2. The parties, having conferred through counsel, consent to the remand of this action to the Supreme Court of the State of New York, County of Monroe, pursuant to 28 U.S.C. § 1447(c).

3. The parties agree that each party shall bear its own costs and expenses, including attorneys' fees, associated with the removal and remand.

WHEREFORE, the parties respectfully request that the Court enter an order remanding this action to the Supreme Court of the State of New York, County of Monroe, and taxing no costs associated therewith.

Respectfully submitted this the 22nd day of November, 2024.

/s/ Steven W. Wells

Steven W. Wells
N.Y. State Bar No. 4184792
steve@wellspc.com
William V. Parsons III
N.Y. State Bar No. 5986765
will@wellspc.com
WELLS LAW P.C.
229 Warner Road
Lancaster, New York 14086
Telephone: 716-983-4750

*Counsel for Libertas Funding, LLC*

/s/

Jeffrey E. Oleynik
NC State Bar No. 14416
joleynik@brookspierce.com
Jamey M. Lowdermilk
NC State Bar No. 52271
jlowdermilk@brookspierce.com
BROOKS, PIERCE, MCLENDON, HUMPHREY & LEONARD, LLP
PO Box 26000
Greensboro, NC 27420
Telephone: 336.373.8850
Facsimile: 336.378.1001

*Counsel appearing pro hac vice for Defendants Blue Line Aviation, LLC; Charles Ray Walters, III; Kelsey Lee Walters*

Shane R. Heskin, Esq.
WHITE AND WILLIAMS LLP
7 Times Square, Suite 2900
New York, NY 10036
Telephone: 215-864-6329
Facsimile: 215-399-9603
heskins@whiteandwilliams.com

*Counsel for Defendants*

By stipulation of the parties the action is remanded to New York State Supreme Court, Monroe County, pursuant to 28 U.S.C. § 1447(c). Each party shall bear its own costs and expenses, including attorneys' fees, associated with the removal and remand. The Clerk is directed to close the action. SO ORDERED.

Charles J. Siragusa
CHARLES J. SIRAGUSA
United States District Judge

November 25, 2024